**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

TOMMY BROWN,

                        Plaintiff,

      - against -

NASSAU COUNTY POLICE DEPT.,
RAYMOND VOULO, 186 Trial Attorney,
MARTIN GEDULDIG, A.D.A. JOY
WATSON, COUNTY COURT JUDGE
GULOTTA, NASSAU COUNTY
MEDICAL CENTER, FAMILY COURT
OF NASSAU,

                        Defendants.
---------------------------------------------------------X

**JUDGMENT**

CV-05-0872 (ADS)(ETB)

      An Amended Memorandum of Decision and Order of Honorable Arthur D. Spatt, having been filed on May 9, 2005, dismissing plaintiff's complaint in its entirety with prejudice, it is

      **ORDERED AND ADJUDGED** that plaintiff take nothing of defendants; and that plaintiff's complaint is dismissed in its entirety with prejudice.

Dated: Central Islip, New York
       May 10, 2005

                                            ROBERT C. HEINEMANN
                                            CLERK OF THE COURT

                     By:    /s/ Lorraine Sapienza
                            Deputy Clerk